James G. Hunt
Jonathan McDonald
DIX, HUNT & McDONALD
310 Broadway
Helena, MT  59601
Telephone:  (406) 442-8552
Facsimile:  (406) 495-1660
E-mail: jmcdonald@dhmlaw.com

*Attorneys for Plaintiff*

Timothy J. Cavan
U.S. Attorney's Office
2601 2nd Ave North, Box 3200
Billings, MT 59101
Telephone: (406) 247-4674
Facsimile: (406) 657-6058
Email: Tim.Cavan@usdog.gov

*Attorneys for Defendant*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF MONTANA

# BILLINGS DIVISION

| WILLIAM C. MURRAY, Plaintiff, vs. UNITED STATES OF AMERICA, Defendant. | Cause No. CV-12-51-BLG-RFC-CSO *Hon. Carolyn Ostby* **F.R.CIV.P. 41 STIPULATION FOR DISMISSAL WITH PREJUDICE** |
|---|---|

COMES NOW the Parties, by and through their counsel of record, and hereby stipulate to the dismissal of this matter, with prejudice,  pursuant to F.R.Civ.P. 41(a)(1)(A)(ii).  Each party will bear their own fees and costs.

DATED this 9th day of July, 2013.

                        DIX, HUNT & McDONALD

                        BY:    /s/ Jonathan McDonald
                                JONATHAN McDONALD,
                                *Attorneys for Plaintiff*

MICHAEL W. COTTER
United States Attorney

                        BY:    /s/ Timothy J. Cavan
                                TIMOTHY J. CAVAN
                                Assistant U.S. Attorney
                                *Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on the 9th day of July, 2013, a copy of the foregoing document was served on the following persons by means of the CM/ECF electronic filing system:

1.    Clerk, U.S. District Court

2.    Timothy J. Cavan
      Assistant U.S. Attorney
      U.S. Attorney's Office
      2601 2nd Ave. North, Box 3200
      Billings, MT 59101

                                    /s/ Jonathan McDonald
                                *Attorneys for Plaintiff*